## ELISHA D. CULLEN *vs.* ELIZA GREEN.

To support a plea of *tender*, the money must be paid into court.
Money may, at any time, be paid into court, to save costs subsequently accruing.

THIS was an action of assumpsit, for compensation to an attorney, in certain suits and causes conducted by him for the defendant.

The defendant pleaded a tender, and *Mr. Bayard* now moved to strike out the plea, because the money was not deposited; which the court ordered. But they said the defendant might deposit the money under Art. 6, Sec. 17, of the Constitution, though it would not avail under a plea of tender, which must aver that the defendant is and has always been ready, &c.

*Bayard,* for plaintiff.

*Layton,* for defendant.